UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH M. BROWN (#413350)

VERSUS

BRIAN HIGGINBOTHAM, ET AL

CIVIL ACTION

NO. 12-60-BAJ-SCR

**RULING AND
ORDER OF DISMISSAL**

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 8, 2012 (doc. 4), and plaintiff's objection thereto (doc. 5), hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's complaint is hereby dismissed pursuant to 28 U.S.C. §1915(e) (2) (B) (ii).

Baton Rouge, Louisiana, February 29, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA